Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Southern__ District of __Florida__

__Ft. Lauderdale__ Division

FILED BY ___EB___ D.C.

JUL 01 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Victor Oatts

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Wyndham Vacation Ownership, Wyndham World Wide, Wyndham Palm Aire

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. __25-cv-61346-PAB__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [✓] Yes   [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: VICTOR OATTS
   Address: 11 N.E. 24th AVE APT. 205 W
   City: POMP. BCH   State: FL   Zip Code: 33062
   County:
   Telephone Number: 954-414-7539
   E-Mail Address: victortine2018@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: EDDIE MOORE
      Job or Title: GENERAL MANAGER (GM)
      Address: 2601 PALM AIRE DRIVE NORTH
      City: POMP. BCH.   State: FL   Zip Code: 33069
      County: BROWARD
      Telephone Number:
      E-Mail Address: EDDIE.MOORE@WYN.COM
      [ ] Individual capacity   [✓] Official capacity

   Defendant No. 2
      Name: JEFFREY ("JEFF") SHULAK
      Job or Title: ASSISTANT GENERAL MANAGER
      Address: 2601 PALM AIRE DRIVE NORTH
      City: POMP. BCH.   State: FL   Zip Code: 33069
      County: BROWARD
      Telephone Number:
      E-Mail Address: JEFFREY.SHULAK@WYN.COM
      [✓] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: LINDA BRYAN
Job or Title (if known): REGIONAL HR ~~MANAGER~~ VP DIRECTOR
Address:

City / State / Zip Code

County: BROWARD
Telephone Number:
E-Mail Address (if known): LINDA.BRYAN@WYN.COM

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: STEPHEN PERRIS
Job or Title (if known): HR MANAGER
Address: 2601 PALM AIRE DRIVE NORTH POND. BCH, FL 33069

City / State / Zip Code

County: BROWARD
Telephone Number:
E-Mail Address (if known): STEPHEN.PERRIS@WYN.COM

[ ] Individual capacity  [✓] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

ON THE WYNDHAM PALM AIRE RESORT IN POMPANO BCH, FL (MOSTLY)

B. What date and approximate time did the events giving rise to your claim(s) occur?

BETWEEN FEBRUARY AND APRIL OF 2022.
BETWEEN APRIL AND JULY OF 2022
BETWEEN AUGUST AND SEPTEMBER OF 2022
BETWEEN OCTOBER AND JANUARY OF 2022 & 2023
AND UP THROUGH AUGUST OF 2024

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED

IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE ATTACHED

ADDITIONALLY: AS A RESULT OF THE ACTIONS AND WORKPLACE ENVIRONMENT, I WENT OUT ON FMLA - DIAGNOSED WITH PTSD AS A RESULT OF NUMEROUS WORK-RELATED INCIDENTS. THE HOSTILE WORK ENVIRONMENT BEING THE SIGNIFICANT PART - AS 4 MEDICAL PROFESSIONALS DIAGNOSED AND DOCUMENTED

V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I PRAY THE COURT AWARDS RELIEF FOR EMOTIONAL DISTRESS, MENTAL DISTRESS, ANY AND ALL BACK PAY; ANY AND ALL PUNITIVE DAMAGES; RELIEF FOR COSTS INVOLVED IN PAST, CURRENT AND FUTURE MEDICAL TREATMENT AS RESIDUAL FROM ACTIONS AND INCIDENTS RESULT SUSTAINED AND EXPERIENCED DURING EMPLOYMENT AS A RESULT OF EMPLOYERS + ITS MANAGERS.

ADDITIONALLY, SEE ATTACHED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 1, 2025

Signature of Plaintiff: *Victor S. Oatts*

Printed Name of Plaintiff: VICTOR S. OATTS

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  City / State / Zip Code
Telephone Number: 954-419-7534 vso
E-mail Address: _____